UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VILIA POLYCARPE,

    Plaintiff,

v.                                Case No: 6:16-cv-1606-Orl-37TBS

SETERUS, INC.,

    Defendant.

## ORDER

This matter comes before the Court *sua sponte*. On November 21, 2016 counsel filed Plaintiff Vilia Polycarpe's Rule 26(a)(1) Initial Disclosures (Doc. 22). This district prohibits litigants from filing discovery material unless that material is "necessary to the presentation or defense of a motion," or otherwise required. Middle District Discovery (2001) at 1-2;[1] see also Fed. R. Civ. P. 5(d)(1); M.D. Fla. R. 3.03. There being no good reason for the filing of Plaintiff's initial disclosures, docket entry 22 is **STRICKEN**.

**DONE** and **ORDERED** in Orlando, Florida on November 21, 2016.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties

---

[1] The Middle District Discovery (2015) handbook can be found on the Court's website, http://www.flmd.uscourts.gov, under the "Forms & Publications" tab.