UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VILIA POLYCARPE,

    Plaintiff,

v.                               Case No:  6:16-cv-1606-Orl-37TBS

SETERUS, INC.,

    Defendant.

## ORDER

This case comes before the Court without oral argument on Seterus's Emergency Motion for Protective Order (Doc. 39). Plaintiff has filed a response to the motion (Doc. 40), and Defendant has filed a reply (Doc. 41).

Defendant seeks a protective order because it's FED. R. CIV. P. 30(b)(6) corporate representative is ill and unable to appear for deposition (Doc. 39, ¶ 4). This is not an emergency. "Emergencies" generally involve risks to the health and safety of people including for example, when someone is at risk of being denied an essential service. An emergency may also arise when someone is attempting to remove a child from the jurisdiction of the Court or a person is about to be deported. When a party files an emergency motion the Court stops whatever it is doing and gives its full attention to the motion. Improperly styling this matter as an "emergency," wasted the Court's time.

After Plaintiff responded to the motion, Defendant filed a reply. Local Rule 3.01(c) provides that "[n]o party shall file any reply or further memorandum directed to the motion or response allowed in (a) and (b) unless the Court grants leave." Defendant did not have

leave of Court to file its reply. Consequently, the reply (Doc. 41) is **STRICKEN** and will not be considered by the Court.

Counsel should have been able to work this matter out without Court involvement. Now that the Court is involved the motion for protective order is **DENIED**. Counsel shall meet and confer within 48 hours to reschedule the deposition. The discovery deadline is fast approaching and Defendant is the cause of the delay. Accordingly, if the parties are unable to agree on the new date, time and location of the deposition, then scheduling conflicts shall be resolved in favor of Plaintiff.

**DONE** and **ORDERED** in Orlando, Florida on May 8, 2017.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record

- 2 -